UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY SANCHEZ, *on behalf of himself, FLSA Collective Plaintiff and the Class*,<br><br>                              Plaintiff,<br><br>           -v.-<br><br>CLIPPER REALTY, INC., *d/b/a CLIPPER REALTY, et al.*,<br><br>                              Defendants. | 21 Civ. 8502 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On January 5, 2022, the Court set a briefing schedule for Defendants' consolidated motion to dismiss or, in the alternative, compel arbitration. (Dkt. #24). Pursuant to that schedule, Defendants filed their motion on February 7, 2022. (Dkt. #29-32). Rather than file a brief in opposition, however, Plaintiffs filed an Amended Complaint on February 25, 2022. (Dkt. #34). *See* Fed. R. Civ. P. 15(a)(1)(B). Given the filing of the Amended Complaint, the parties are hereby ORDERED to file a joint status letter, on or before **March 7, 2022**, proposing the next steps in this case. If Defendants intend to renew their motion to dismiss or compel arbitration, the parties' letter should include a proposed briefing schedule.

    The Clerk of Court is directed to terminate the motion at docket entry 29.

SO ORDERED.

Dated: February 28, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge