# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

January 18, 2024

**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

        Re:  *Sanchez v. Clipper Realty, Inc. et al.*,
              Case No.: 21-cv-08502 (KPF)

Dear Judge Failla:

    We are counsel to Plaintiff in the above-referenced case. We write to request an extension of time for Plaintiff to amend the pleadings in this matter. Pursuant to the Case Management Plan ("CMP") entered by the Court on December 19, 2023, "[a]ny motion to amend or to join additional parties shall be filed within 30 days from the date of this Order." *See* ECF 70. Plaintiff seeks an additional thirty (30) days to amend the Complaint, moving the date to amend from January 18, 2024, to February 17, 2024.

    After two (2) years and three (3) months of litigation and pursuant to the directive found in the Court's CMP, Plaintiff received his own time and pay records on January 17, 2024. Plaintiff is currently reviewing the records and seeks time to determine if an amended Complaint will be necessary. For example, the records have revealed improper, one-directional rounding, which our office believes may already be encompassed by the pleadings, which allege timeshaving. Our office requires the additional time to review the records, speak with Plaintiff, review the pleadings, and discuss with Defendants.

    Plaintiff requested Defendants' consent to extend this internal deadline today at 11:31 AM but, as of this filing, Defendants have not objected or consented to Plaintiff's request.

    We thank the Court for its time and attention to the above matter.

Respectfully submitted,

*/s/ C.K. Lee.*
C.K Lee, Esq.

Application GRANTED. The Court understands from its communications with the parties that Defendants have consented to Plaintiff's request. Accordingly, the deadline for Plaintiff to file a Second Amended Complaint is hereby ADJOURNED to **February 17, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 71.

Dated:   January 26, 2024          SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE