**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Taimur Alamgir**
talamgir@kaufmandolowich.com

February 26, 2024

**VIA ECF**
Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
40 Foley Square
New York, NY 10007



Re: *Sanchez v. Clipper Realty, Inc., et al.*
   *S.D.N.Y. Case No. 21-CV-8502 (KPF)*

Your Honor:

This firm represents Defendants in the above-captioned matter. We write jointly on behalf of both parties to request that the Court so order the following extensions:

|  | **ORIGINAL DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| **Deadline To Submit Joint Status Report Re: ECF No. 75** | February 26, 2024 | March 1, 2024 |
| **Deadline For Defendants To Respond To Conditional Collective Certification Motion** | February 27, 2024 | March 5, 2024 |

The extensions proposed are necessary as counsels for the parties will be conferring on Friday, March 1, 2024 regarding the status report, and as defense counsel require additional time to discuss the collective motion with our client.

We thank Your Honor for considering this matter.

Respectfully submitted,
**KAUFMAN DOLOWICH LLP**

Taimur Alamgir

cc: Plaintiff's counsel via ECF

Application GRANTED. The deadline for Plaintiff to file any reply in further support of its motion for conditional collective certification is correspondingly ADJOURNED to **March 12, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 85.

Dated:  February 27, 2024
        New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE