**DECLARATION OF CHRISTOPHER CABREJA**

I, Christopher Cabreja, under penalty of perjury, affirm as follows:

1.  I began working for Clipper Reality in about July 2019.  I was hired by Mark Gordon, Clipper's property manager to work as a Doorman and a Porter for one of Clipper's properties named Clover House, which is located at 107 Columbia Heights, Brooklyn, NY 11201. My employment for Defendants was terminated in or about December 2019.

2.  Throughout my employment I was mainly scheduled to work Tuesday through Saturday, from 3:00 pm to 11:00 pm, with a thirty (30)-minute lunch break each day for lunch. Sometimes, upper management would change my schedule to the morning shift on an as-need basis. I had to always clock in and out for either of these shifts.

3.  A few times per week, I would stay ten (10) to fifteen (15) minutes past my scheduled shift, waiting for my relief to show up. I would be on the clock for this but based on my review of the records (attached as Exhibit 1), I was not paid for this time.

4.  The records I reviewed were clearly not my actual hours.  Clipper appears to have changed my time-ins-and-outs to reflect eight-and-a-half hours of work exactly.  It is impossible that I clocked-in and out with such incredible precision.  Also, as stated above, a few time per week my clock-out was delayed due to waiting for my relief to show up, so I would be unable to arrange such exact clock-outs even if I had wanted to.

5.  Throughout my employment at Clipper's, my rate of pay would be between $18.00 and $19.00 per hour. I was paid on a bi-weekly basis by check.

6.  Once a week, I would perform manual work as a Porter employed at Clover House. My main duties as a Porter included basic cleaning, power washing the sidewalk, gathering every single garbage in the building and taking it outside, and doing maintenance on the premise. For

the rest of the week, I would perform physical duties as a Doorman, such as holding doors and handling and transporting delivery packages for tenants. More than a half of my day would be spent performing physical work regardless of my position.

7. The management clearly implemented the policy of forcing employees to work off the clock during their meal breaks. I am sure there have been times where I had to clock out for the full 30-minute break, and yet management would have us work all through the break.

8. While I was scheduled for a 30-minute lunch break, the manager had me work through the lunch break around two to three times a week. Instead of enjoying the full 30-minute lunch break, I could not leave the work premise during this half hour where I could attend to personal matters. I would have to sit at my work desk while eating and working simultaneously. During some of the days where I spent my lunch break at my desk, I had to work on any tasks that were given by management. On the days that I would be allowed to enjoy a full lunch break, I would usually wait for my relief to take over my shift. There were no official notices from Defendants about who would take over my shift and when they would show up. Due to these frequent occasions, my fellow employees and I were not able to enjoy lunch leisurely as we were constantly expecting an interruption.

9. I, as well as my other fellow employees, were concerned that Defendants had automatically deducted a half-hour or full-hour lunch break that would have also affected the actual amount in wages owed to us. I am especially concerned that management deducted lunch breaks on the days we had to fully work through our 30-minute lunch break several times a week.

10. Despite my lunch breaks being taken away frequently, given that this job had been my first as a Doorman, I did not want to cause any rifts or issues by bringing any complaints to

management. I did not want to take any chances that could prompt Defendants to take retaliatory action, such as possible termination, had I raised such concerns about the meal break deductions.

11.     When I was hired by Defendants, I did not receive a wage and hour notice as required under New York Labor Law. Based on my personal observations, no other employee ever received a written wage and hour notice at the time of hiring or thereafter, informing them of their rates of pay or other requirements under the New York Labor Law.

12.     During my employment with Defendants, I received wage statements from Defendants, but they failed to state the correct number of hours that I worked each week. Based on my personal observations and conversations with my co-workers, other employees received similar improper proper wage statements, which did not reflect all their hours worked. If our paystubs contained our actual hours, and not the inaccurate hours list on the documents I reviewed, it would have been clear to me and others that we were not being paid for all hours worked.

13.     I agree to act as a class representative and am of sound mind and body.

14.     I do not have any conflicts with prospective class members.

04/04/2025

_____

Date

*Christopher Cabreja*

Christopher Cabreja (Apr 4, 2025 11:16 EDT)

_____

Christopher Cabreja

ADP Workforce Now Pay Profile

## Pay Summary: **2019 - 50 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date** 11/23/2019 | **Pay Date** 12/13/2019 | **Co.** K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date** 12/6/2019 | **WGPS Advance Pay Date** | **File #** 000052 | **Number** 00500001 | |

### Gross Pay                                      $ 1,584.00

| | | | |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 80.00 | $ 1,440.00 |
| HOLIDAY (field 3) | Rate: 18.0000 | Hours: 8.00 | $ 144.00 |

Basis of Pay: HOURLY

### Taxes                                        $ 407.50

| | | |
|---|---|---|
| Federal Income Tax | | $ 165.07 |
| Social Security | | $ 98.21 |
| Medicare | | $ 22.97 |
| State Worked In: New York | Code: NY | $ 69.66 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 47.97 |
| Family Leave Insurance | | $ 2.42 |

### Deductions                            $ 0.00

### Take Home                           $ 1,176.50

| | |
|---|---|
| CHECKING 1 | $ 1,176.50 |

CLIPPER0182515

ADP Workforce Now Pay Profile

## Pay Summary: **2019 - 48 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date** 11/9/2019 | **Pay Date** 11/29/2019 | **Co.** K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreia | **Period Ending Date** 11/22/2019 | **WGPS Advance Pay Date** | **File #** 000052 | **Number** 00480001 | |

| Gross Pay | | | $ 1,551.60 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 79.90 | $ 1,438.20 |
| Overtime | Rate: 27.0000 | Hours: 4.20 | $ 113.40 |

Basis of Pay: HOURLY

| Taxes | | $ 397.73 |
|---|---|---|
| Federal Income Tax | | $ 161.18 |
| Social Security | | $ 96.20 |
| Medicare | | $ 22.50 |
| State Worked In: New York | Code: NY | $ 67.65 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 46.63 |
| Family Leave Insurance | | $ 2.37 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,153.87 |
|---|---|
| CHECKING 1 | $ 1,153.87 |

CLIPPER0182516

## Pay Summary: **2019 - 46 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date** 10/26/2019 | **Pay Date** 11/15/2019 | **Co.** K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreia | **Period Ending Date** 11/8/2019 | **WGPS Advance Pay Date** | **File #** 000052 | **Number** 00460001 | |

### Gross Pay $ 1,764.00

| Regular | Rate: 18.0000 | Hours: 80.00 | $ 1,440.00 |
|---|---|---|---|
| Overtime | Rate: 27.0000 | Hours: 12.00 | $ 324.00 |

Basis of Pay: HOURLY

### Taxes $ 471.78

| Federal Income Tax | | $ 196.65 |
|---|---|---|
| Social Security | | $ 109.37 |
| Medicare | | $ 25.58 |
| State Worked In: New York | Code: NY | $ 80.84 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 55.44 |
| Family Leave Insurance | | $ 2.70 |

### Deductions $ 0.00

### Take Home $ 1,292.22

| CHECKING 1 | $ 1,292.22 |
|---|---|

CLIPPER0182517

ADP Workforce Now: Pay Profile

## Pay Summary: **2019 - 44 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date** 10/12/2019 | **Pay Date** 11/1/2019 | **Co.** K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date** 10/25/2019 | **WGPS Advance Pay Date** | **File #** 000052 | **Number** 00440002 | |

| Gross Pay | | | $ 1,861.20 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 80.00 | $ 1,440.00 |
| Overtime | Rate: 27.0000 | Hours: 15.60 | $ 421.20 |

Basis of Pay: HOURLY

| Taxes | | $ 510.81 |
|---|---|---|
| Federal Income Tax | | $ 218.03 |
| Social Security | | $ 115.39 |
| Medicare | | $ 26.99 |
| State Worked In: New York | Code: NY | $ 86.87 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 59.48 |
| Family Leave Insurance | | $ 2.85 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,350.39 |
|---|---|
| CHECKING 1 | $ 1,350.39 |

CLIPPER0182518

## Pay Summary: **2019 - 42 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date**<br>9/28/2019 | **Pay Date**<br>10/18/2019 | **Co.**<br>K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date**<br>10/11/2019 | **WGPS Advance Pay Date** | **File #**<br>000052 | **Number**<br>00420002 | |

| Gross Pay | | | $ 1,440.00 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 80.00 | $ 1,440.00 |

Basis of Pay: HOURLY

| Taxes | | $ 364.07 |
|---|---|---|
| Federal Income Tax | | $ 147.79 |
| Social Security | | $ 89.28 |
| Medicare | | $ 20.88 |
| State Worked In: New York | Code: NY | $ 60.72 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 42.00 |
| Family Leave Insurance | | $ 2.20 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,075.93 |
|---|---|
| CHECKING 1 | $ 1,075.93 |

CLIPPER0182519

## Pay Summary: **2019 - 40 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date** 9/14/2019 | **Pay Date** 10/4/2019 | **Co.** K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date** 9/27/2019 | **WGPS Advance Pay Date** | **File #** 000052 | **Number** 00400001 | |

| Gross Pay | | | $ 1,683.00 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 80.00 | $ 1,440.00 |
| Overtime | Rate: 27.0000 | Hours: 9.00 | $ 243.00 |

Basis of Pay: HOURLY

| Taxes | | $ 439.24 |
|---|---|---|
| Federal Income Tax | | $ 178.83 |
| Social Security | | $ 104.35 |
| Medicare | | $ 24.40 |
| State Worked In: New York | Code: NY | $ 75.81 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 52.08 |
| Family Leave Insurance | | $ 2.57 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,243.76 |
|---|---|
| CHECKING 1 | $ 1,243.76 |

CLIPPER0182520

## Pay Summary: **2019 - 38 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date**<br>8/31/2019 | **Pay Date**<br>9/20/2019 | **Co.**<br>K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date**<br>9/13/2019 | **WGPS Advance Pay Date** | **File #**<br>000052 | **Number**<br>00380001 | |

### Gross Pay                                                                 $ 1,440.00

| Regular | Rate: 18.0000 | Hours: 72.00 | $ 1,296.00 |
|---|---|---|---|
| HOLIDAY (field 3) | Rate: 18.0000 | Hours: 8.00 | $ 144.00 |

### Taxes                                                                      $ 364.07

| Federal Income Tax | | | $ 147.79 |
|---|---|---|---|
| Social Security | | | $ 89.28 |
| Medicare | | | $ 20.88 |
| State Worked In: New York | Code: NY | | $ 60.72 |
| SUI/SDI: New York (Taxing) | Code: 19 | | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | | $ 42.00 |
| Family Leave Insurance | | | $ 2.20 |

### Deductions                                                                 $ 0.00

### Take Home                                                                  $ 1,075.93

| CHECKING 1 | $ 1,075.93 |
|---|---|

CLIPPER0182521

## Pay Summary: **2019 - 36 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date** 8/17/2019 | **Pay Date** 9/6/2019 | **Co.** K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date** 8/30/2019 | **WGPS Advance Pay Date** | **File #** 000052 | **Number** 00360001 | |

| Gross Pay | | | $ 1,296.00 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 72.00 | $ 1,296.00 |

| Taxes | | $ 320.62 |
|---|---|---|
| Federal Income Tax | | $ 130.51 |
| Social Security | | $ 80.35 |
| Medicare | | $ 18.79 |
| State Worked In: New York | Code: NY | $ 51.77 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 36.02 |
| Family Leave Insurance | | $ 1.98 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 975.38 |
|---|---|
| CHECKING 1 | $ 975.38 |

CLIPPER0182522

## Pay Summary: **2019 - 34 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date**<br>8/3/2019 | **Pay Date**<br>8/23/2019 | **Co.**<br>K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date**<br>8/16/2019 | **WGPS Advance Pay Date** | **File #**<br>000052 | **Number**<br>00340001 | |

| Gross Pay | | | $ 1,152.00 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 64.00 | $ 1,152.00 |

| Taxes | | $ 277.20 |
|---|---|---|
| Federal Income Tax | | $ 113.23 |
| Social Security | | $ 71.43 |
| Medicare | | $ 16.71 |
| State Worked In: New York | Code: NY | $ 42.83 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 1.20 |
| Locality Worked In: New York City Res | Code: 3301 | $ 30.04 |
| Family Leave Insurance | | $ 1.76 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 874.80 |
|---|---|
| CHECKING 1 | $ 874.80 |

CLIPPER0182523

## Pay Summary: **2019 - 32 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Clipper 107 CH LLC | **Period Beginning Date**<br>7/20/2019 | **Pay Date**<br>8/9/2019 | **Co.**<br>K4V | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Christopher Cabreja | **Period Ending Date**<br>8/2/2019 | **WGPS Advance Pay Date** | **File #**<br>000052 | **Number**<br>00320001 | |

| Gross Pay | | | $ 72.00 |
|---|---|---|---|
| Regular | Rate: 18.0000 | Hours: 4.00 | $ 72.00 |

| Taxes | $ 5.97 |
|---|---|
| Social Security | $ 4.46 |
| Medicare | $ 1.04 |
| SUI/SDI: New York (Taxing)    Code: 19 | $ 0.36 |
| Family Leave Insurance | $ 0.11 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 66.03 |
|---|---|
| CHECKING 1 | $ 66.03 |

CLIPPER0182524

# Timecard Report

## Date Range: 01/01/2018 - 12/31/2019 and Employee Effective As Of : 12/31/2024
## Company Code: BDS

| Last Name | | First Name | | Position ID | | |
|---|---|---|---|---|---|---|
| Date In | | Time In - Out | Hours | Pay Code | Worked Department | |

### Cabreja     Christopher     BDS000052

| | | | | |
|---|---|---|---|---|
| P | Sat | 08/03/2019 | 07:00 AM - 03:30 PM | 8.00 |
| P | Sun | 08/04/2019 | 07:00 AM - 03:30 PM | 8.00 |
| P | Mon | 08/05/2019 | 03:00 PM - 11:30 PM | 8.00 |
| P | Tue | 08/06/2019 | 03:00 PM - 11:30 PM | 8.00 |
| P | Sat | 08/10/2019 | 07:00 AM - 03:30 PM | 8.00 |
| P | Sun | 08/11/2019 | 07:00 AM - 03:30 PM | 8.00 |
| P | Mon | 08/12/2019 | 03:00 PM - 11:30 PM | 8.00 |
| P | Tue | 08/13/2019 | 03:00 PM - 11:30 PM | 8.00 |
| P | Sat | 08/17/2019 | 06:59 AM - 03:29 PM | 8.00 |
| P | Sun | 08/18/2019 | 07:09 AM - 03:39 PM | 8.00 |
| P | Mon | 08/19/2019 | 02:59 PM - 11:29 PM | 8.00 |
| P | Tue | 08/20/2019 | 02:53 PM - 11:23 PM | 8.00 |
| P | Sat | 08/24/2019 | 07:02 AM - 03:32 PM | 8.00 |
| P | Sun | 08/25/2019 | 07:09 AM - 03:39 PM | 8.00 |
| P | Mon | 08/26/2019 | 02:59 PM - 11:29 PM | 8.00 |
| P | Tue | 08/27/2019 | 02:59 PM - 11:29 PM | 8.00 |
| P | Wed | 08/28/2019 | 09:00 AM - 05:30 PM | 8.00 |
| P | Sat | 08/31/2019 | 06:59 AM - 03:29 PM | 8.00 |
| P | Sun | 09/01/2019 | 03:14 PM - 11:44 PM | 8.00 |
| P | Mon | 09/02/2019 | 08:00 AM - 04:00 PM | 8.00 HOLIDAY |
| P | Tue | 09/03/2019 | 03:00 PM - 11:30 PM | 8.00 |
| P | Wed | 09/04/2019 | 08:48 AM - 05:18 PM | 8.00 |
| P | Sat | 09/07/2019 | 06:59 AM - 03:29 PM | 8.00 |
| P | Sun | 09/08/2019 | 02:58 PM - 11:28 PM | 8.00 |
| P | Mon | 09/09/2019 | 02:59 PM - 11:29 PM | 8.00 |
| P | Tue | 09/10/2019 | 02:58 PM - 11:28 PM | 8.00 |
| P | Wed | 09/11/2019 | 08:58 AM - 05:28 PM | 8.00 |
| W | Sat | 09/14/2019 | 07:00 AM - 03:30 PM | 8.00 |
| W | Sun | 09/15/2019 | 07:00 AM - 03:30 PM | 8.00 |
| W | Mon | 09/16/2019 | 03:00 PM - 11:30 PM | 8.00 |
| W | Tue | 09/17/2019 | 03:00 PM - 11:30 PM | 8.00 |
| W | Wed | 09/18/2019 | 09:00 AM - 09:00 PM | 11.50 |
| W | Sat | 09/21/2019 | 06:59 AM - 03:29 PM | 8.00 |
| W | Sun | 09/22/2019 | 03:00 PM - 11:30 PM | 8.00 |
| W | Mon | 09/23/2019 | 02:59 PM - 11:29 PM | 8.00 |
| W | Tue | 09/24/2019 | 03:03 PM - 11:33 PM | 8.00 |
| W | Wed | 09/25/2019 | 08:58 AM - 11:02 PM | 13.50 |
| W | Sat | 09/28/2019 | 07:00 AM - 03:30 PM | 8.00 |

# Timecard Report

## Date Range: 01/01/2018 - 12/31/2019 and Employee Effective As Of : 12/31/2024
## Company Code: BDS

| Last Name | First Name | Position ID | |
|---|---|---|---|
| Date In | Time In - Out | Hours | Pay Code | Worked Department |

**Cabreja**  **Christopher**  BDS000052

| | | | |
|---|---|---|---|
| W Sun 09/29/2019 | 03:00 PM - 11:30 PM | 8.00 | |
| W Mon 09/30/2019 | 03:03 PM - 11:33 PM | 8.00 | |
| W Tue 10/01/2019 | 03:00 PM - 11:30 PM | 8.00 | |
| W Wed 10/02/2019 | 08:58 AM - 05:28 PM | 8.00 | |
| W Sat 10/05/2019 | 07:00 AM - 03:30 PM | 8.00 | |
| W Sun 10/06/2019 | 03:00 PM - 11:30 PM | 8.00 | |
| W Mon 10/07/2019 | 03:00 PM - 11:30 PM | 8.00 | |
| W Tue 10/08/2019 | 03:00 PM - 11:30 PM | 8.00 | |
| W Wed 10/09/2019 | 09:00 AM - 05:30 PM | 8.00 | |
| W Sat 10/12/2019 | 06:57 AM - 03:27 PM | 8.00 | |
| W Sun 10/13/2019 | 07:03 AM - 03:33 PM | 8.00 | |
| W Mon 10/14/2019 | 02:58 PM - 11:28 PM | 8.00 | |
| W Tue 10/15/2019 | 03:02 PM - 11:32 PM | 8.00 | |
| W Wed 10/16/2019 | 08:57 AM - 05:27 PM | 8.00 | |
| W Sat 10/19/2019 | 07:02 AM - 03:32 PM | 8.00 | |
| W Sun 10/20/2019 | 07:22 AM - 07:28 PM | 11.60 | |
| W Mon 10/21/2019 | 03:17 PM - 11:47 PM | 8.00 | |
| W Tue 10/22/2019 | 02:59 PM - 11:29 PM | 8.00 | |
| W Wed 10/23/2019 | 08:54 AM - 05:24 PM | 7.90 | |
| W Fri 10/25/2019 | 06:59 AM - 07:35 PM | 12.10 | |
| W Sat 10/26/2019 | 06:59 AM - 03:29 PM | 7.50 | |
| W Sun 10/27/2019 | 07:11 AM - 07:41 PM | 11.50 | |
| W Mon 10/28/2019 | 02:59 PM - 11:29 PM | 7.50 | |
| W Tue 10/29/2019 | 02:59 PM - 11:29 PM | 7.50 | |
| W Wed 10/30/2019 | 03:02 PM - 11:32 PM | 7.50 | |
| W Sat 11/02/2019 | 07:10 AM - 07:40 PM | 11.50 | |
| W Sun 11/03/2019 | 07:04 AM - 07:34 PM | 11.50 | |
| W Mon 11/04/2019 | 03:00 PM - 11:30 PM | 7.50 | |
| W Tue 11/05/2019 | 02:57 PM - 11:27 PM | 7.50 | |
| W Wed 11/06/2019 | 09:00 AM - 05:30 PM | 7.50 | |
| W Sat 11/09/2019 | 06:59 AM - 03:59 PM | 8.00 | |
| W Sun 11/10/2019 | 06:58 AM - 04:00 PM | 8.00 | |
| W Mon 11/11/2019 | 06:55 AM - 08:07 PM | 12.20 | |
| W Tue 11/12/2019 | 03:03 PM - 12:01 AM | 7.90 | |
| W Wed 11/13/2019 | 09:00 AM - 06:00 PM | 8.00 | |
| W Sat 11/16/2019 | 06:58 AM - 04:03 PM | 8.00 | |
| W Sun 11/17/2019 | 06:58 AM - 04:01 PM | 8.00 | |
| W Mon 11/18/2019 | 02:57 PM - 12:01 AM | 8.00 | |

# Timecard Report

## Date Range: 01/01/2018 - 12/31/2019 and Employee Effective As Of : 12/31/2024
## Company Code: BDS

| Last Name | First Name | Position ID | |
|---|---|---|---|
| Date In | Time In - Out | Hours | Pay Code | Worked Department |

**Cabreja**    Christopher    BDS000052

| | | Hours | Pay Code |
|---|---|---|---|
| W  Tue  11/19/2019 | 02:57 PM - 12:00 AM | 8.00 | |
| W  Wed  11/20/2019 | 08:57 AM - 06:02 PM | 8.00 | |
| W  Sat  11/23/2019 | 06:57 AM - 04:01 PM | 8.00 | |
| W  Sun  11/24/2019 | 06:57 AM - 04:01 PM | 8.00 | |
| W  Mon  11/25/2019 | 03:01 PM - 12:02 AM | 8.00 | |
| W  Tue  11/26/2019 | 02:58 PM - 12:00 AM | 8.00 | |
| W  Wed  11/27/2019 | 08:59 AM - 06:00 PM | 8.00 | |
| W  Thu  11/28/2019 | 08:00 AM - 04:00 PM | 8.00 | HOLIDAY |
| W  Sat  11/30/2019 | 02:57 PM - 12:00 AM | 8.00 | |
| W  Sun  12/01/2019 | 02:58 PM - 12:01 AM | 8.00 | |
| W  Mon  12/02/2019 | 02:57 PM - 12:01 AM | 8.00 | |
| W  Tue  12/03/2019 | 02:59 PM - 12:00 AM | 8.00 | |
| W  Wed  12/04/2019 | 08:59 AM - 06:10 PM | 8.00 | |
| | Subtotal | 739.70 | |

| | | |
|---|---|---|
| Total for BDS | 739.70 |

| | | |
|---|---|---|
| Grand Total | 739.70 |