Exhibit "8"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

RODNEY SANCHEZ, *on behalf of himself*
*FLSA Collective Plaintiffs and the Class,*

                    Plaintiff,

    -against-                                   Case No. 21-CV-8502

CLIPPER REALTY INC., d/b/a CLIPPER EQUITY,
CLIPPER REALTY OP L.P., d/b/aa CLIPPER
REALTY OP L.P., CLIPPER REALTY
CONSTRUCTION LLC, CLIPPER 107 CH LLC, d/b/a
CLOVER HOUSE, CLIPPER EQUITY LLC, d/b/a
CLIPPER EQUITY,

                    Defendants.
-----------------------------------------------X

STATE OF NEW YORK    )
                            )    ss.:
COUNTY OF KINGS       )

DAVID HASANI, being sworn and deposes and says:

1.     I reside in the State of New York, County of Kings.

2.     I started working for 123 On the Park LLC on or around September 1, 2023.

3.     I work as the Resident Manager for a building located at 125 Parkside Avenue, Brooklyn, New York 11226 ("the Building").

4.     As Resident Manager, my responsibilities include overseeing thirteen employees. I am responsible for daily assignment of tasks to employees in the building, responding to work orders, ensuring cleanliness of the building and making sure that machinery is operating properly.

5.     At the Building I supervise four porters, seven concierges, and two handymen.

6.      There are no doormen employed at the building.

7.      The schedule for the employees and all building policies were established prior to my tenure supervising the Building. I joined the Building, and all policies and protocols were already in place.

8.      The employee at the building I supervise is not expected to be on call. They are never interrupted during their lunch breaks.

9.      The porters and the handymen never take a break at the same time to ensure that there is always coverage of their duties, and to ensure that each is able to take their break uninterrupted.

10.     While the concierges are on their break they will put a sign up to indicate that they will return after their break and the porter on duty monitors the door and any tenant needs.

11.     There is a machine located in the breakroom with a fingerprint scanner that employees use to clock in and clock out. The employees are required to clock out and in for their lunch breaks.

12.     The employees that I supervise are never required to work before or after their shift. They are compensated for all time worked.

13.     Every week one of my responsibilities is to review the clock-in and clock-out data for the week.

14.     The porters that I supervise have a uniform. The uniform for porters is a grey pair of pants with a grey button-down shirt with the building's logo on it. The concierges wear business casual clothing but do not have an official uniform.

15.     I am currently in the process of getting new uniforms for all employees.

16. To my knowledge, the porters who have uniforms arrive to work in their personal clothing and change once they arrive to work. This knowledge is based on seeing the porters when they arrive in their personal clothing and then seeing them at the start of their shift in uniform.

17. The role and experience of the employee determines the length and level of training required. I individually evaluate each employee to determine the training that they require. Normally, this training consists of shadowing more senior employees. New employees will also receive a protocol packet that I will review with them.

18. If employees require time off and we need coverage, I use a third-party company, Ground Support Services, to find independent contractors to fill that need.

19. The employees that I supervise are members of the Building Maintenance Employees Union, Local 486, NOITU. The most current Collective Bargaining Agreement can be found in Defendants' document production at CLIPPER0151883-0151911.

### **Affirmation**

I affirm this 23 day of July , 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

DAVID HASANI