# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    212-465-1188
                    cklee@leelitigation.com

March 3, 2026

**<u>Via ECF</u>**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    *Sanchez v. Clipper Realty, Inc. et al.*
       <u>Case No.: 21-cv-08502</u>

Dear Judge Failla:

We are counsel for Plaintiffs in the above-referenced matter. We write jointly with counsel for Defendants, pursuant to the Court's order dated February 23, 2026 (Dkt. No. 198), to provide an update on next steps.

In light of the Court's order (Dkt. No. 198), granting Plaintiffs' motion for class certification and partial summary judgment, the parties have agreed to pursue class-wide mediation with Martin Scheinman. The parties anticipate the mediation to be scheduled the week of April 13, 2026, and will update the Court by March 6, 2026, with the confirmed date.

Accordingly, the parties request to stay the case and all interim deadlines, including the deadline to request reconsideration of the February 23, 2026 Decision and Order, and for discovery related to damages, until 30 days following mediation.

We thank the Court for its time and consideration on this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED.

The Court STAYS this case and all interim deadlines.  The parties are directed to provide a status update on the mediation on or before **April 24, 2026,** or within a week of the scheduled mediation, whichever is earlier.

The Clerk of Court is directed to terminate the pending motion at docket entry 199.

Dated:     March 4, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE