# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: **212-465-1188**
FAX: **212-465-1181**
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

April 23, 2026

**<u>Via ECF</u>**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     *Sanchez v. Clipper Realty, Inc. et al.*
        <u>Case No.: 21-cv-08502 (JPC)(BCM)</u>

Dear Judge Failla:

       We represent Plaintiffs in the above referenced matter. We write jointly with counsel for Defendants, to update the Court regarding the mediation status, pursuant to the Court's Order, dated March 4, 2026 (Dkt. No. 200).

       On April 14, 2026, the parties attended a class-wide mediation with Martin Scheinman, Esq. The parties are continuing resolution discussions. Accordingly, the parties request 14 days for a further status letter.

       We thank the Court for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

The Court has received the parties' above-status update on the mediation.

The parties are directed to provide their next status update on or before **May 8, 2026.**

Dated:    April 24, 2026        SO ORDERED.
          New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE