**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RODNEY SANCHEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

    v.

CLIPPER REALTY, INC., *et al.,*

                Defendants.

---

**Case No.**:  21-cv-08502

**<u>RULE 68 JUDGMENT</u>**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Christopher Cabreja ("Plaintiff") to take a judgment against them, in the sum of One Thousand Five Hundred Dollars and No Cents ($1,500.00) ("Judgment Amount"), to resolve Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 28, 2026 and filed as Exhibit A to Docket Number 208;

**WHEREAS**, on May 29, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 208);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Christopher Cabreja, in the sum of $1,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 28, 2026 and filed as Exhibit A to Docket Number 208.

**SO ORDERED:**

Dated: June 5, 2026
     New York, New York

                              *Katherine Polk Failla*
                              _____
                                KATHERINE POLK FAILLA
                                United States District Judge