**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RODNEY SANCHEZ, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

          Plaintiff,

    v.

CLIPPER REALTY, INC., *et al.,*

          Defendants.

**Case No.**:  21-cv-08502

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff RODNEY SANCHEZ ("Plaintiff") to take a judgment against them, in the sum of Twenty-Two Thousand Five Hundred Dollars and No Cents ($22,500.00) ("Judgment Amount"), to resolve Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 28, 2026 and filed as Exhibit A to Docket Number 206;

**WHEREAS**, on May 29, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 206);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff RODNEY SANCHEZ, in the sum of $22,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 28, 2026 and filed as Exhibit A to Docket Number 206.

**SO ORDERED:**

Dated: June 5, 2026
     New York, New York

                                            _____

                                          KATHERINE POLK FAILLA
                                        United States District Judge